UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY B. EDWARDS,

        Plaintiff,                    Case No. 2:16-cv-14139
                                               Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 15), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 18) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Johnny B. Edwards, brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits. (DE 1.) Currently before the Court is Plaintiff's motion for summary judgment (DE 15), the Commissioner's cross-motion for summary judgment (DE 18), and the administrative record (DE 12).

The parties have consented to my authority. (DE 10.) A hearing was noticed for March 14, 2018. (DE 20.) On that date, Plaintiff's counsel (attorney Barry F. Keller) appeared in person, and counsel for the Commissioner (AUSA John J. Engel) appeared by telephone.

For the reasons stated on the record, Plaintiff's motion (DE 15) is **DENIED**, Defendant's motion (DE 18) is **GRANTED**, and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: March 14, 2018

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on March 14, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti