UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY B. EDWARDS,

   Plaintiff,        Case No. 2:16-cv-14139
                Magistrate Judge Anthony P. Patti
v.

COMMISSIONER OF
SOCIAL SECURITY,

   Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on March 14, 2018,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: March 14, 2018      s/Anthony P. Patti
                Anthony P. Patti
                UNITED STATES MAGISTRATE JUDGE

DAVID J. WEAVER
CLERK OF THE COURT

BY: <u>Michael Williams</u>
Deputy Clerk